IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    5:24-CR-496 (GTS) |
| v. | ) **Information** |
| **ROBERT RAHRLE,** | ) Violation:    18 U.S.C. § 1343 |
| Defendant. | ) [Wire Fraud] |
| | ) 1 Count and Forfeiture Allegation |
| | ) County of Offense:    Onondaga |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Wire Fraud]

1. From in or about 2017 through in or about April 2024, in Onondaga County in the Northern District of New York, and elsewhere, the defendant, **ROBERT RAHRLE**, devised and intended to devise a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and material omissions, that is: the defendant operated a fraudulent online gift-basket business and accepted orders for purchases of gift baskets when, as the defendant then well knew, he did not intend to fulfill the orders or ship the gift baskets as promised.

2. For the purpose of executing such scheme and artifice, **ROBERT RAHRLE** knowingly caused to be transmitted by means of wire communication in interstate commerce payments for purchases of gift baskets, including the following signs, signals, and sounds, that is, a wire transfer of funds for the purchase of a gift basket:

| Date of Purchase | Customer Initials | Customer Location | Purchase Price | Method of Transfer | Defendant Location |
|---|---|---|---|---|---|
| 8/24/20 | N.L. | Depew, NY | $36.98 | Cash App | Florida |

All in violation of 18 U.S.C. § 1343.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 of this information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

Upon conviction of the offense alleged in Count 1 in violation of Title 18, United States Code, Section 1343, the defendant, **ROBERT RAHLE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real and personal, which constitutes and is derived from proceeds traceable to the offense of conviction, including, but not limited to:

   a) a money judgment in the amount of $2,000,000.

If any of the property described above, as a result of any act or omission of the defendant (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

Dated: 1/22, 2025

CARLA B. FREEDMAN
United States Attorney

By: _____
Michael D. Gadarian
Assistant United States Attorney
Bar Roll No. 517918